# Court of Appeals
# of the State of Georgia

ATLANTA,  March 30, 2022

*The Court of Appeals hereby passes the following order:*

**A21A1238.  ROBB BAKER v. THE STATE.**

On March 14, 2022, we issued an opinion in the above case reversing the trial court's denial of Appellant's motion for an out-of-time appeal. The next day, the Supreme Court of Georgia issued *Cook v. State*, ___ Ga. ___ (Case No. S21A1270, decided March 15, 2022), which held

> that there was and is no legal authority for motions for out-of-time appeal in trial courts and that the out-of-time appeal procedure allowed in *King* [*v. State*, 233 Ga. 630 (212 SE2d 807) (1975)] and *Furgerson* [*v. State*, 234 Ga. 594, 595 (216 SE2d 845) (1975)], approved in *Rowland* [*v. State*, 264 Ga. 872, 874-875 (452 SE2d 756) (1995)], and followed in other cases is not a legally cognizable vehicle for a convicted defendant to seek relief from alleged constitutional violations. Our holding applies to this case and to all cases that are currently on direct review or otherwise not yet final.

*Cook*, ___ Ga. ___ at (5) (slip op. at 82). Because *Baker* is not yet final, see *Turpin v. Todd*, 268 Ga. 820, 831 (3) n.49 (493 SE2d 900) (1997), we are constrained to follow *Cook.* Accordingly, because Appellant "had no right to file a motion for an out-of-time appeal in the trial court," *Rutledge v. State*, ___ Ga. ___ (Case No. S21A1036, decided March 15, 2022), we must vacate our opinion issued on March 14, 2022. Further, as directed by *Cook* and *Rutledge*, we must "vacate the trial court's

order and remand for the entry of the appropriate dismissal order." Id. at ___ (slip op. at 4).

Thus, we hereby VACATE our opinion issued on March 14, 2022 in the above case and REMAND to the trial court for further proceedings consistent with *Cook* and *Rutledge*.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__03/30/2022_____*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*